IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
NOV 09 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BRANDY OUELLETTE,<br><br>Defendant. | 2:17-PO-5006-JCL<br>CVB VIOLATION NO:<br>F4871928<br><br>JUDGMENT AND<br>SENTENCE |

Defendant appeared before the Court on September 14, 2017, for her arraignment on the above-referenced violation notice charging her with Abandoning any personal property, a Class B misdemeanor. The Court advised Defendant of the charge, her rights relative to that charge, and the possible penalties. She stated she understood, and she entered a plea of no contest to the charge. The Court accepted her plea. Therefore,

**IT IS ORDERED** that Defendant is sentenced to pay a fine of $100.00. Defendant shall make her payment on or before **November 30, 2017**.

Defendant shall send her payment to the following address:

Central Violations Bureau
P.O. Box 71363
Philadelphia, PA 19176-1363

JUDGMENT AND SENTENCE - PAGE 1

To ensure proper credit to her violation notice Defendant's payment shall reference the violation notice number identified above.

Alternatively, Defendant may make her payment through the website at www.cvb.uscourts.gov.

Defendant is advised that pursuant to Fed. R. Crim. P. 58(g)(2) she has a right to appeal the sentence imposed by this Judgment within 14 days of its entry. Defendant must file a notice of appeal with the Clerk of Court at P.O. Box 8537, Missoula, Montana 59807. The notice of appeal must specify the judgment being appealed, and Defendant must serve a copy of the notice of appeal on the attorney for the government at 105 E. Pine St., Missoula, Montana 59802.

The Clerk of Court is directed to send a copy of this Judgment and Sentence to Defendant at 1621 Yale Ave., Butte, MT 59701, and to the U.S. Attorney's Office.

The Clerk is further directed to forward a copy of this Order to the Central Violations Bureau at P.O. Box 780549, San Antonio, Texas 78278-0549.

CVB shall enter **PE** as the disposition code upon its receipt of the payment due.

DATED this 9th day of November, 2017.

Jeremiah C Lynch
United States Magistrate Judge

c:  USA
    Def
    CVB

JUDGMENT AND SENTENCE - PAGE 2